STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT A. MURRAY, DEFENDANT-APPELLANT.

Argued October 25, 1960—Decided November 7, 1960.

394

*Mr. John S. Bender* argued the cause for the appellant.

*Mr. C. William Caruso,* Assistant Prosecutor argued the cause for the respondent (*Mr. Brendan T. Byrne,* Essex County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Sullivan in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices FRANCIS, PROCTOR, HALL and SCHETTINO—5.

*For reversal*—None.